United States District Court
Southern District of Mississippi
Northern Division

David W. Johnson                                                                                          Plaintiff

v                                                                Civil Action:  3:15 -cv- 660  TSL - RHW

Ergon West Virginia, Inc.                                                                              Defendant

## Notice of Dismissal

Pursuant of Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby gives notice of his voluntary dismissal of this lawsuit without prejudice.

Dated:  September 23, 2015.

>  */s/ Mike Farrell*
> Mike Farrell
> Mike Farrell, PLLC
> 210 E. Capitol Street
> Regions Plaza, Suite 2180
> Jackson, Ms. 39201
> Tel:  601-948-8030
> mike@farrell-law.net

Attorney for Plaintiff

## Certificate of Service

I certify that on September 23, 2015, I filed this document on the court's ECF system which should have automatically forwarded a copy to the following counsel of record:

| | |
|---|---|
| John R. Linkosky | Linklaw@Comcast.Net |
| Joseph H. Chivers | jchivers@Employmentrightsgroup.Com |
| Zachary K. Warren | Zkw@Employmentrightsgroup.Com |
| Larry J. Rector | Larry.Rector@Steptoe-Johnson.Com |
| Julie A. Moore | Julie.Arbore@Steptoe-Johnson.Com |
| Timothy M. Threadgill | tim.threadgill@butlersnow.Com |

>  */s/ Mike Farrell*
> Mike Farrell